Pavneet Singh Uppal, (168386)
puppal@laborlawyers.com
Ryan D. Wheeler, (268353)
rwheeler@laborlawyers.com
FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
Telephone: (602) 281-3400
Fax: (602) 281-3401

JS-6

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Kenneth J. Bailey, for himself and as executor of the Estate of Linda Jean Weeks,<br><br>         Plaintiffs,<br><br>    v.<br><br>Union Bank Retirement Plan; et al.,<br><br>         Defendants. | No. 5:12-cv-01754-R-SPx<br><br>**JUDGMENT** |

FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2343
(602) 281-3400

JUDGMENT
Error! Unknown document property name.

Case No. 5:12-cv-01754-R-SPx

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Kenneth J. Bailey, for himself and as executor of the Estate of Linda Jean Weeks,<br><br>Plaintiffs,<br><br>v.<br><br>Union Bank Retirement Plan; et al.,<br><br>Defendants. | No. 5:12-cv-01754-R-SPx<br><br>**JUDGMENT** |

This action came on for hearing before the Court, on March 17, 2014, Honorable Manuel L. Real, United States District Court Judge Presiding, on a Motion for Summary Judgment and the evidence and oral argument presented by the parties having been fully considered, the issues having been duly heard, and a decision having been duly rendered.

It is Ordered and Adjudged that pursuant to the Court's Order filed March 17, 2014, judgment is entered in favor of Defendants and against Plaintiff. Plaintiff is to take nothing and the Complaint and action are dismissed.

Dated: April 7, 2014

_____
Honorable Manuel L. Real
United States District Judge